UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAMEAD RAZZAQ,

                Plaintiff,

-against-

LIFTED MART CORPORATION, et al.,

                Defendants.

24 Civ. 2154 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

Plaintiff filed this action on March 22, 2024. *See* ECF Nos. 1, 2. The Clerk of Court issued summonses as to both Defendants on March 25, 2024. *See* ECF Nos. 5, 6. Plaintiff has not filed proof of service as to either Defendant. Under Federal Rule of Civil Procedure 4(m), a plaintiff must complete service within ninety days and failure to do so can result in dismissal.

It is hereby **ORDERED** that Plaintiff shall file proof of service on ECF by **June 27, 2024.** If no such proof of service is timely filed, this case will be dismissed for failure to prosecute.

Dated: June 24, 2024
       New York, New York

SO ORDERED.

_____
DALE E. HO
United States District Judge