UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMEAD RAZZAQ,<br><br>       Plaintiff,<br><br>-against-<br><br>LIFTED MART CORPORATION, et al.,<br><br>       Defendants. | 24 Civ. 2154 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  Plaintiff filed this action on March 22, 2024.  *See* ECF Nos. 1, 2.  On June 24, 2024, Plaintiff filed proof of service with respect to both Defendants.  *See* ECF Nos. 9, 10.  Plaintiff served Defendants via the New York Secretary of State.  *See id.*  To date, neither Defendant has appeared or answered, moved, or otherwise responded to the Complaint.

  It is hereby **ORDERED** that Plaintiff shall serve the Complaint and this Order on Defendants via Federal Express and file proof of service by **June 29, 2024**.  Plaintiff shall also file a status letter on ECF by **June 29, 2024,** describing his efforts to provide Defendants with actual notice of this lawsuit and further describing any communication he has had with Defendants.

Dated: June 25, 2024  
   New York, New York

SO ORDERED.

_____  
DALE E. HO  
United States District Judge